1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  RONNIE McNABB, | 1:07-cv-01535 AWI SMS HC |
| 10                    Petitioner, | FINDINGS AND RECOMMENDATION |
| | RECOMMENDING PETITION FOR WRIT OF |
| 11      v. | HABEAS CORPUS BE DISMISSED, WITHOUT PREJUDICE FOR FAILURE TO |
| 12  BOARD OF PRISON TERMS, | EXHAUSTION AND DENYING PETITIONER'S MOTION FOR ABEYANCE |
| 13                    Respondent. | [Docs. 1, 6] |
| 14 _____/ | |

15
16       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18       Petitioner filed the instant petition for writ of habeas corpus on October 22, 2007.  On

19  November 5, 2007, the Court issued an order to show cause why the petition should not be

dismissed for lack of jurisdiction.  (Court Doc. 5.)

20       On November 15, 2007, Petitioner filed a motion to hold the petition in abeyance, and on

21  December 3, 2007, Petitioner filed a response to the order to show cause.  (Court Docs. 6, 7.)

22       In his motion for abeyance, Petitioner requests that the Court hold the petition in

23  abeyance pending a decision by the California Supreme Court.  (Court Doc. 6.)

24       Because it is clear that Petitioner has not exhausted the claims in the instant petition, the

25  instant petition must be dismissed, without prejudice, to re-filing after the claims are exhausted

26  by the California Supreme Court.   In addition, there is no authority for the Court to stay a

27  petition that contains only unexhausted claims.  See Raspberry v. Garcia, 448 F.3d 1150, 1154

28

1

(9th Cir. 2006) (district court cannot hold a unexhausted petition in abeyance, instead, it must dismiss the petition, without prejudice for failure to exhaust); see also Rhines v. Weber, 544 U.S. 269, 274, 278 (2005) (discussed "mixed" petition containing both exhausted and unexhausted claims); Lira v. Herrera, 427 F.3d 1164, 1173 n.10 (9th Cir. 2005) (same); Jackson v. Roe, 425 F.3d 654, 661 (9th Cir. 2005) (same).  Accordingly, the Court does not have the power to hold the instant unexhausted petition in abeyance, and Petitioner's motion must be denied.

Based on the foregoing, it is HEREBY RECOMMENDED that:

1.       Petitioner's motion to hold the petition in abeyance be DENIED; and

2.       The instant petition for writ of habeas corpus be DISMISSED, without prejudice, for failure to exhaust the state court remedies.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within twenty (20) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    January 4, 2008**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE