# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE McNABB, | 1:07-cv-01535 AWI SMS HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |
| v. | [Doc. 8] |
| BOARD OF PRISON TERMS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See, Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.[1]  Accordingly, petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:   January 4, 2008                             /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] In a Findings and Recommendation issued concurrently herewith, the Court has recommended that the instant petition be dismissed, without prejudice, for failure to exhaust the state court remedies.