# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE McNABB, | 1:07-cv-01535 AWI SMS HC |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION TO DISMISS, WITHOUT PREJUDICE |
| v. | |
| | [Doc. 4] |
| BOARD OF PRISON TERMS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 1, 2007, Petitioner filed a motion to dismiss the petition, without prejudice until he could pay the filing fee. (Court Doc. 4.) Subsequently, on November 15, 2007, Petitioner requests that the Court "strike" the motion to dismiss. (Court Doc. 6.)

Based on Petitioner's request to "strike" his motion to dismiss the instant petition, such motion is HEREBY DISREGARDED by the Court.

IT IS SO ORDERED.

Dated:   **January 4, 2008**          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE