UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RONNIE McNABB,** | ) | 1:07-cv-01535-AWI-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION (Doc. 9)** |
| v. | ) | |
| | ) | **ORDER DENYING MOTION TO HOLD** |
| **BOARD OF PRISON TERMS,** | ) | **PETITION IN ABEYANCE (Doc. 6)** |
| | ) | **ORDER DISMISSING PETITION FOR** |
| Respondent. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 4, 2008, the Magistrate Judge filed Findings and a Recommendation that Petitioner's motion to hold the petition in abeyance be DENIED, and the instant petition for writ of habeas corpus be DISMISSED, without prejudice, for failure to exhaust the state court remedies.  These Findings and Recommendation were served on Petitioner and contained notice that any objections were to be filed within twenty (20) days from the date of service of that order.  To date, Petitioner has not filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.

1

Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 4, 2008, are ADOPTED IN FULL;
2. Petitioner's motion to hold the petition in abeyance, filed November 15, 2007, is DENIED;
3. The instant petition for writ of habeas corpus is DISMISSED, without prejudice, for failure to exhaust the state court remedies; and,
4. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   February 25, 2008**               **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE